UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ADMINISTRATIVE WARRANT OF: )<br>)<br>STAMPEDE MEAT, INC., )<br>RELIABLE STAFFING SERVICES, )<br>INC. d/b/a FLEXIBLE STAFFING, and )<br>INDUSTRIAL STAFFING SERVICES, )<br>INC. d/b/a FLEXIBLE STAFFING )<br>OF ILLINOIS )<br>7351 S. 78th Avenue )<br>Bridgeview, IL 60455 ) | SEALED BY ORDER<br>OF THE COURT<br><br><br><br><br><br><br>Case No. 23M1031 |

WARRANT FOR INSPECTION UNDER
THE FAIR LABOR STANDARDS ACT OF 1938

To: **ARACELY GALVAN**, and/or any Investigator of the Wage and Hour Division, United States Department of Labor, and/or any authorized representative

An application by the United States Department of Labor requests the inspection under section 11(a) of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq. ("FLSA" or "Act") of the following establishments located in the Northern District of Illinois.

See Attachment A

The establishment to be inspected, described above, is believed to be in possession of:

See Attachments B and C.

I find that the affidavit establishes probable cause to inspect the premises and establishment offices of Stampede Meat, Inc. ("Stampede Meat") and Reliable Staffing Services, Inc. d/b/a Flexible Staffing, Industrial Staffing Services, Inc. d/b/a Flexible Staffing of Illinois, and various other corporations operating under the Flexible Staffing name ("Flexible Staffing"), all of which are located at 7351 S. 78th Avenue, Bridgeview, Illinois 60455, under section 11(a) of the FLSA, including but not limited to transcribing or copying all relevant records and data in whatever form maintained including paper or electronic for the previous three-year period, and questioning employees during working hours, regarding alleged violations of Sections 6, 7, 11, 12 and 15(a) of the Act, 29 U.S.C. §§ 206, 207, 211, 212, 215(a).

Said inspection may include all relevant workplaces and environments anywhere within the establishment, including areas designated by Stampede Meat and Flexible Staffing as inaccessible to employees. Said inspection may include copying, transcribing, transferring, and downloading all relevant electronic files maintained on any computer hardware or software at the premises, as well as Cloud-based electronic files and data (files and data stored in a remote database rather than locally at the premises) accessed by Stampede Meat and Flexible Staffing as part of their business operations.

**YOU ARE COMMANDED** to execute this warrant on or before   11/19/2023   (*not to exceed 10 days*) between the hours of 8:00 AM and 8:00 PM, but may continue to such time as necessary to complete execution of the warrant.

Where such records would be impractical to transcribe, copy, or convert to a portable form on the premises, said inspection may include physically removing any such records or electronic storage media in the form of tablets, laptops, or desktop computers used in the operations of Stampede Meat's or Flexible Staffing's businesses (to permit the imaging and off-site searching for such records) for a period not to exceed five business days. Where access to such records requires account information, such as usernames, passwords, and other authentication, Stampede Meat and Flexible Staffing shall provide such information to permit access to the records for the purposes of this inspection.

You must give a copy of the warrant and a receipt for any property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The authorized representative executing this warrant, or any authorized representative present during the execution of the warrant, must prepare a return showing that the inspection has been completed and promptly return this warrant and return within ten (10) business days to United States Magistrate Judge Sheila M. Finnegan.

Date and time issued:

11/9/2023 at 3:38 p.m.

*Judge's Signature* — Sheila Finnegan

Chicago, Illinois                           Magistrate Judge Sheila M. Finnegan

## ATTACHMENT A

The **Subject Premises** is an industrial meat processing facility located at 7351 S. 78th Avenue, Bridgeview, Illinois 60455, including any additional structures at the location used by Stampede Meat, Inc., Reliable Staffing Services, Inc. d/b/a Flexible Staffing, Industrial Staffing Services, Inc. d/b/a Flexible Staffing of Illinois, corporate affiliates, or third-party contractors in the business of meat and food production. Subject premises is located between S. 78th and S. 76th Avenues, west to east, and 73rd and 74th Streets, north to south.



The **Subject Premises** is comprised of two buildings, as described below.

The main meat-processing facility is a large industrial factory with a modern exterior in white with red accents. A large red, black, and white sign reading "Welcome

1

to Stampede Meat" stands over the entrance on the west side of the main facility. A large parking lot sits on the west side, facing S. 78th Avenue, and a small number of parking spaces face the north side of the main facility. A small white structure to the west side of the main facility is also part of Stampede Meat property.



**ATTACHMENT B**

1. Payroll records and records of pay and/or rate of pay, records of hours worked, and sign-in or sign-out sheets for the previous three year period for all former and current individuals employed by or working for Stampede Meat, Inc. or an affiliated corporation ("Stampede Meat") on the premises of Stampede Meat (including temporary workers, subcontractors, and independent contractors), including all records containing the rate of pay (hourly, piece or other); total daily/weekly straight time earnings; total daily/weekly piece-rate; weekly, monthly, and annual earnings; total additional pay per hours worked weekly over 40 hours; total wages paid, including all records of payments made in cash; records related to the form of payment; records related to pay cards issued as a form of pay and deposits and/or pay issued to or through pay cards; total deductions made from wages paid weekly; and total daily/weekly hours worked. Said records include, but are not limited to, logbooks, cash ledgers, timecards, attendance records, bank statements, or all other pay card records, records from any pay or payroll system used, canceled payroll checks, and any video surveillance of employees entering, leaving, or on the premises of Stampede Meat located at 7351 S. 78th Avenue, Bridgeview, Illinois 60455 or related properties as described in Attachment A.

2. For all former and current individuals employed by or working for Stampede Meat (including temporary workers, subcontractors, and independent contractors), records that contain any of the following information: names, physical likeness, photographs, addresses, social security numbers, telephone numbers, ages or dates of birth, and occupations, for the previous three-year period. Said records include, but are not limited to, photographs of employees, including all forms of identification badges, employment records, personnel files, applications for employment—including documents provided in pursuit of employment—termination and resignation forms, and job assignment records.

3. IRS Forms W-2, W-4, 940, 941 and 1099 for or related to former and/or current individuals employed by or working for Stampede Meat (including temporary workers, subcontractors, and independent contractors) in the past three-year period.

4. For the past three-year period, all records regarding Stampede Meat's ownership and/or corporate structure; corporate filings; annual gross dollar volume of sales made or business done; and federal and state tax forms.

5. All records regarding Stampede Meat's contracts with Reliable Staffing Services, Inc. d/b/a Flexible Staffing and Industrial Staffing Services, Inc. d/b/a Flexible Staffing of Illinois (together, "Flexible Staffing"); contracts between Stampede Meat and workers Stampede Meat considers to be independent contractors or subcontractors that perform work on the premises of Stampede Meat located at 7351 S. 78th Avenue, Bridgeview, Illinois 60455 or related properties as described in Attachment A; or temporary worker agencies who provide workers to Stampede Meat on the premises of Stampede Meat located at 7351 S. 78tth Avenue, Bridgeview, Illinois 60455 or related properties as described in Attachment A.

1

6. First aid logs and records of injuries, and all injury reports submitted to or prepared to comply with applicable safety and/or health regulations, including OSHA 300 logs, safety, and sanitation training records and/or certificates of completion.

7. For all former and current individuals employed by or working for Stampede Meat (including temporary workers, subcontractors, and independent contractors), originals and copies of driver's licenses, social security cards, and/or all other forms of identification kept on the premises of Stampede Meat.

8. Evidence and records relating to the working conditions and assigned tasks, including but not limited to the environment, machinery, or chemicals used or encountered by individuals employed by or working for Stampede Meat (including temporary workers, subcontractors, and independent contractors) during their work, oral statements from workers, and photographs of workers, including but not limited to photographs captured as part of a biometric timekeeping system.

9. Information and documents relating to inventory produced, held, and shipped by Stampede Meat, including but not limited to documents reflecting the names, addresses, contact information of where goods have been shipped; bills of lading and shipping records for goods produced, processed, manufactured or shipped by Stampede Meat; inventory and quality control documents relating to products produced or manufactured by Stampede Meat; customer/client lists; and contracts between Stampede Meat and any shipper and/or recipient of goods processed, produced, or manufactured by Stampede Meat. If Stampede Meat does not own title to the goods processed, produced or manufactured at its facility, documents reflecting the names, addresses, and legal entity that has title to goods produced, processed or manufactured by Stampede Meat.

## ATTACHMENT C

1. Payroll records and records of pay and/or rate of pay, records of hours worked, and sign-in or sign-out sheets for the previous three year period for all former and current individuals employed by or working for Reliable Staffing Services, Inc. d/b/a Flexible Staffing, Industrial Staffing Services, Inc. d/b/a Flexible Staffing of Illinois, or an affiliated corporation ("Flexible Staffing") on the premises of Stampede Meat's Bridgeview, Illinois facility (including temporary workers, subcontractors, and independent contractors), including all records containing the rate of pay (hourly, piece or other); total daily/weekly straight time earnings; total daily/weekly piece-rate; weekly, monthly, and annual earnings; total additional pay per hours worked weekly over 40 hours; total wages paid, including all records of payments made in cash; records related to the form of payment; records related to pay cards issued as a form of pay and deposits and/or pay issued to or through pay cards; total deductions made from wages paid weekly; and total daily/weekly hours worked. Said records include, but are not limited to, logbooks, cash ledgers, timecards, attendance records, bank statements, or all other pay card records, records from any pay or payroll system used, canceled payroll checks, and any video surveillance of employees entering, leaving, or on the premises of Stampede Meat located at 7351 S. 78th Avenue, Bridgeview, Illinois 60455 or related properties as described in Attachment A.

2. For all former and current individuals employed by or working for Flexible Staffing on the premises of Stampede Meat's Bridgeview, Illinois facility (including temporary workers, subcontractors, and independent contractors), records that contain any of the following information: names, physical likeness, photographs, addresses, social security numbers, telephone numbers, ages or dates of birth, and occupations, for the previous three-year period. Said records include, but are not limited to, photographs of employees, including all forms of identification badges, employment records, personnel files, applications for employment—including documents provided in pursuit of employment—termination and resignation forms, and job assignment records.

3. IRS Forms W-2, W-4, 940, 941 and 1099 for or related to former and/or current individuals employed by or working for Flexible Staffing at Stampede Meat's Bridgeview, Illinois facility (including temporary workers, subcontractors, and independent contractors) in the past three-year period.

4. For all former and current individuals employed by or working for Stampede Meat (including temporary workers, subcontractors, and independent contractors), originals and copies of driver's licenses, social security cards, and/or all other forms of identification kept by Flexible Staffing on the premises of Stampede Meat's Bridgeview, Illinois facility.

5. Evidence and records relating to the working conditions and assigned tasks, including but not limited to the environment, machinery, or chemicals used or encountered by individuals employed by or working for Flexible Staffing at Stampede Meat's Bridgeview, Illinois facility (including temporary workers, subcontractors, and independent contractors) during their work, oral statements from workers, and photographs of workers, including but not limited to photographs captured as part of a biometric timekeeping system.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE ADMINISTRATIVE WARRANT OF:<br><br>STAMPEDE MEAT, INC.,<br>RELIABLE STAFFING SERVICES,<br>INC. d/b/a FLEXIBLE STAFFING, and<br>INDUSTRIAL STAFFING SERVICES,<br>INC. d/b/a FLEXIBLE STAFFING<br>OF ILLINOIS<br>7351 S. 78th Avenue<br>Bridgeview, IL 60455 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 23M1031 |

## RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served (indicate by check method used).

: on a duly authorized agent
: by leaving at principal office
✓ or place of business, to wit:
: _Vito Giustino, Coo_
: _7351 S. 78th St._
: _Bridgeview, IL 60455_

On the company named hereon

_11/15/23_
(Month) (Day) (Year)

_Aracely Galvan_
(Name of person making service)

_Investigator. USDOL_
(Official Title)

## RETURN

Inspection of the establishment described in the warrant was made on _11/15/23_, 2023 at _8:00_ am/pm.

_[signature]_
Wage and Hour Investigator

| Return | | |
|---|---|---|
| Case No.:<br>23M1031 | Date and time warrant executed:<br>11/15/23 at 8:00 am | Copy of warrant and inventory left with:<br>Vito Giustino. Chief operating officer |

3

| Click to enter Case No. | |
|---|---|
| *Inventory made in the presence of* | |

*Inventory of the property taken and name of any person(s) seized:* No property was taken

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/15/23

*Executing officer's signature*

Aracely Galvan, Investigator, UUOD
*Printed name and title*

4